**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:92CR0035-001 |
| Plaintiff(s), | ) | |
| | ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) | |
| MICHAEL K. LEGGETT, | ) | **ORDER** |
| Defendant(s). | ) | |

The Defendant appeared before this Court on October 24, 2007 for a hearing on Supervised Release Violations.

The Government motioned the Court for a determination of the Defendant's mental condition under 18 U.S.C.§ 4244(a) and, with Defendant joining in the motion, it is

ORDERED that Plaintiff's motion is granted;

FURTHERED ORDERED that such examination shall be conducted pursuant to 18 U.S.C.§ 4244(a) and shall be completed no later than November 30, 2007;

FURTHER ORDERED that a psychiatric and/or psychological examination of the defendant shall be conducted and a report on the same submitted to the Court and served on counsel of record (Assistant United States Attorney Mark Bennett, 801 West Superior Avenue, Suite 400, Cleveland, Ohio 44113 and Assistant Federal Public Defender Edward G. Bryan, 1660 West Second Street, Suite 750, Cleveland, Ohio 44113) pursuant to 18 U.S.C. § 4244(b) with provisions under 18 U.S.C. 4247(c).

FURTHER ORDERED that should the examiner(s) need additional time to complete their examination of the Defendant, they shall file a motion with the Court showing good cause why the additional time is necessary to observe and evaluate the Defendant according to 18 U.S.C. § 4247(b);

FURTHER ORDERED that the U.S. Marshals shall make appropriate arrangements to have the defendant transferred under custody to FMC Butner, Federal Medical Center, P.O. Box 1600, Butner, NC 27509, where such examination of the Defendant shall be conducted;

FURTHER ORDERED that a hearing shall be scheduled in this matter after the results of the Defendant's examination have been submitted to the Court and counsel;

FURTHER ORDERED that the Defendant shall continue to receive, while in federal custody, all necessary medications and injections currently prescribed to him; and,

FURTHER ORDERED that the Court holds in abeyance the violation hearing until after completion of the report on Defendant's mental condition and hearing.

IT IS SO ORDERED.

s/Christopher A. Boyko<br>
Christopher A. Boyko<br>
United States District Judge

October 26, 2007